IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SCOTT MACARTHUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:17-cv-00027 |
| ) | |
| BILLY LAMB, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. ) | |
| ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 59), which was filed on July 30, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendants' motions for summary judgment (Doc. Nos. 36, 43) be granted, and this action be dismissed with prejudice. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendants' motions for summary judgment (Doc. Nos. 36, 43) are **GRANTED**, and this action is **DISMISSED.** Defendants' Joint Motion to Continue Trial (Doc. No. 60) is **DENIED**, as moot.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE